UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JORGE ORDONEZ RAMIREZ          :

v.

CUSTOM ENERGY SERVICES, INC.   :
AND KENNEN LEE MAUKEY          :          JUNE 24, 2022

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

The Notice of Custom Energy Services, Inc and Kennen Lee Maukey respectfully shows:

1. This action was commenced by the issuance of a Summons and Complaint served on the defendants, Custom Energy Services, Inc and Kennen Lee Maukey on June 2, 2022 by way of CT Motor Vehicle Commissioner, 60 State Street, Wethersfield, CT.

2. The above-described action is a civil action and is one, which may be removed to the Court by the petitioner, defendant therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff is a citizen of Connecticut, the defendant, Custom Energy Services, Inc. is an Oklahoma company with its principal place of business in Oklahoma, and the defendant, Kennen Lee Maukey is a citizen of Texas, and the amount in controversy is greater than $75,000.00.

3. The action was returnable in the Superior Court for the Judicial District of Hartford on July 12, 2022.

5. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants as follows: (a) Summons; (b) Complaint; and (c) a statement of amount in demand.

6. The defendants deny all the plaintiff's allegations of liability.

7. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy is greater than $75,000.00.

WHEREFORE, the petitioners pray that the above action now pending in Superior Court at 95 Washington Street Hartford, Connecticut, be removed therefrom to this Court.

DEFENDANTS,
CUSTOM ENERGY SERVICES, INC. AND
KENNEN LEE MAUKEY

By  */s/ Svetlana Steele-Baird*
Svetlana Steele-Baird
ct 31290
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1121
(860) 249-1361
(860) 249-7665 (Fax)
ssteelebaird@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing was or will immediately be mailed or delivered electronically or non-electronically on June 24, 2022 to all parties and self-represented parties of record and to all parties who have not appeared in this matter and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Glenn L. Formica, Esquire
Formica, PC
195 Church Street, Floor 11
New Haven, CT 06510
gformica@formicalaw.com

                                                        _/s/ Svetlana Steele-Baird_
                                                        Christopher M. Vossler
                                                        Svetlana Steele-Baird

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, Connecticut 06106 | (860) 548-2700 | July 12, 2022 |

☒ Judicial District   G.A. Number: ___   At (City/Town): Hartford
☐ Housing Session

Case type code (See list on page 2)   Major: V   Minor: 90

**For the plaintiff(s) enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
Glenn L. Formica and Formica, P.C. 195 Church Street, Floor 11, New Haven, Connecitcut 06510

Juris number (if attorney or law firm): 431099

Telephone number: (203) 787-1946

Signature of plaintiff (if self-represented)

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): gformica@formicalaw.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: <br> Address: | P-01 |
| Additional plaintiff | Name: Jorge Ordonez Ramirez <br> Address: 8 Driggs Court, East Hartford Connecticut 06108 | P-02 |
| First defendant | Name: Custom Energy Services Inc. 27583 State Highway 34, Sharon, Oklahoma, 73857 <br> Address: Serve on Resident agent WAYLON D. WYRICK 27583 State Highway 34, Sharon, Oklahoma, 73857 | D-01 |
| Additional defendant | Name: Kennen Lee Maukey <br> Address: 410 Nara Visa Lane, Fritch, Texas 79036 | D-02 |
| Additional defendant | Name: <br> Address: | D-03 |
| Additional defendant | Name: <br> Address: | D-04 |

Total number of plaintiffs: 1   Total number of defendants: 2   ☐ Form JD-CV-2 attached for additional parties

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court <br> ☐ Clerk | Name of person signing: Glenn L. Formica |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

I certify I have read and understand the above:   Signed (Self-represented plaintiff)   Date   Docket Number

Print Form    Page 1 of 2    Reset Form

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 68 | Bar Discipline - Inactive Status | | | |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RETURN DATE: July 12, 2022 | : | IN THE SUPERIOR COURT |
| JORGE ORDONEZ RAMIREZ | : | J.D. HARTFORD |
| v. | : | AT HARTFORD |
| CUSTOM ENERGY SERVICES, INC., ET AL | : | MAY 28, 2022 |

<u>COMPLAINT</u>

<u>Count One</u>
<u>Negligence: Ordonez Ramirez v. Maukey</u>

1. At all times relevant hereto, the plaintiff Jorge Ordonez Ramirez, was and is a resident of the County of Hartford and City of East Hartford Connecticut.

2. At all times relevant hereto, Kennen Lee Maukey was and is a resident of the county of Hutchinson and Moore, and the City of Fritch, Texas with an address of 410 Nara Visa Lane, Fritch, Texas, 79036. She is subject to the jurisdiction of this Court under Conn. Gen. Stat. § 52-59b(2) as the tortious acts contained herein occurred within state of Connecticut.

3. At all times relevant hereto, the defendant Custom Energy Services, Inc. ("CESI"), is and was an Oklahoma Corporation with a business address of 27583 State Highway 34, Sharon, Oklahoma. CESI is subjection the jurisdiction of this Court under Conn. Gen. Stat. § 33-929 in that it uses the interstate highway system in trade or commerce and the tortious act of Ms. Maukey its agent, servant, or employee occurred within the State of Connecticut.

4. On August 23, 2021, at approximately 10:31 a.m. the Mr. Ordonez was operating his Motor Vehicle on I-84 East prior to Exit 50 on the right center lane.

5. On the same date and at the same time, Ms. Maukey was operating her motor vehicle, a commercial truck on I-84 East prior to Exit 50 on the left center lane when she lost control of her truck causing her to make an improper lane change and collide with Mr. Ordonez's vehicle causing damage and injury.

6. All times relevant hereto, Ms. Maukey was operating her truck in the course of her employment for CESI or in the alternative as its agent and servant and was duly authorized to do so.

7. In the alternative, Ms. Maukey was operating her truck within the scope of her general authority as a member of the family household and pursuant to Connecticut General Statutes § 52-182 asserts liability under the family car doctrine.

8. Ms. Maukey owed a duty of care in the operation of her truck and breached that duty of care in anyone or more of the following ways:

A. In that she failed to turn her truck to the right or left in time to avoid the collision;

B. In that she failed to stop her truck in time to avoid the collision:

C. In that she was following too closely to Mr. Ordonez's vehicle;

D. In that she was traveling at an unreasonable rate of speed for the conditions then and their existing:

E. In that she failed to maintain a proper lookout for the conditions then and there existing;

F. In that she failed to exercise that degree of care which a reasonable and prudent person would have exercised under the same or similar circumstances.

G. In that she failed to keep a proper and reasonable look out for other motor vehicles upon the highway.

H. In that she failed to apply her brakes in time to avoid the collision, although by a proper and reasonable exercise of her faculties, she could and should have done so.

I. In that she traveled at an unreasonable speed, given the width, traffic conditions, use of the highway, and weather conditions, in violation of Connecticut General Statutes Section 14-218a; and

J. In that she failed to drive a reasonable distance apart in violation of Section 14-240a of the Connecticut General Statutes.

K. In that she failed to maintain her proper lane.

9. Ms. Maukey was negligent per se for her violation of the Connecticut General Statutes as alleged above.

10. As a direct and proximate result of Ms. Maukey's negligence Mr. Ordonez was caused to suffer and continues to suffer the following orthopedic and internal injuries in the form of a severe right knee injury. Some or all of these injuries may be permanent and cause a diminution in overall health.

11. As a direct and proximate result of Ms. Maukey's negligence Mr. Ordonez suffered and continues to suffer ongoing chronic pain in the form of severe knee pain, difficulty walking, all of which has caused him difficulties in the fulfillment of daily activities and the enjoyment of recreational pursuits.

12. As a direct and proximate result of Ms. Maukey's Negligence, Mr. Ordonez incurred and continues to incur medical expenses and may reasonably incur future medical expenses related to the injuries caused by the negligence of Ms. Maukey.

13. As a direct and proximate result of Ms. Maukey's Negligence, Mr. Ordonez is in fear of a loss of overall physical health and wellness as the a fore-alleged injuries has or will in the future cause a decrease in physical activity mobility and exercise thereby causing a decline in overall health.

14. As a direct and proximate result of Ms. Maukey's negligence, Mr. Ordonez has lost the ability to work over-time and take on side projects for pay.

15. As a direct and proximate result of Ms. Maukey's negligence, Mr. Ordonez has experienced or will experienced limitations in her ability to continue work.

Count Two
Negligence: Ordonez Ramirez v. CESI

1-15. Paragraphs 1-15 of the First Count are repeated here as if restated in full as paragraphs 1-15 of this Second Count.

16. The motor vehicle involved in the aforesaid accident was owned and titled to CESI.

17. CESI is responsible for the negligent acts of Ms. Maukey's negligent acts as respondeat superior and direct employer.

18. At all times referenced herein, Ms. Maukey's was traveling the interstate highways in Connecticut was in furtherance of her employment for CESI and it is therefore liable for her tortious acts and the injuries arising therefrom.

WHEREFORE, Mr. Ordonez claims money damages and such other and further relief as this Court may deem, just, fair, and equitable.

Respectfully Submitted,

/s/ Glenn E. Formica

Glenn E. Formica
Formica, P.C.
195 Church Street, 11th Floor
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 787-6766
Email: gformica@formicalaw.com

Jorge Ordonez-Custom Energy Services, Inc.

| | | |
|---|---|---|
| RETURN DATE: July 12, 2022 | : | IN THE SUPERIOR COURT |
| JORGE ORDONEZ RAMIREZ | : | J.D. HARTFORD |
| | : | AT HARTFORD |
| v. | | |
| | : | MAY 27, 2022 |
| CUSTOM ENERGY SERVICES, INC., ET AL | | |

### STATEMENT OF AMOUNT IN DEMAND

The Plaintiff in the above-entitled action claims monetary damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and cost and this matter is within the jurisdiction of this Court.

Respectfully Submitted,

Glenn L. Formica
Formica, P.C.
195 Church Street, 11th Floor
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 787-6766
Email: gformica@formicalaw.com